**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6207

KAMANI STANLEY SHAQUR JOHNSON, I,

Plaintiff - Appellant,

v.

GORDON D. FRASER; JUDGE RIAN LEWIS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00745-RCY-MRC)

Submitted:  July 24, 2025                                    Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kamani Stanley Shaqur Johnson, I, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PERCURIAM:

Kamani Stanley Shaqur Johnson, I, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint for failing to comply with the court's order to pay an initial partial filing fee or state under penalty of perjury his inability to do so.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Johnson v. Fraser*, No. 3:24-cv-00745-RCY-MRC (E.D. Va. Feb. 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This dismissal order is final and appealable because the district court did not grant leave to amend.  *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).